**Order entered January 24, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00914-CV
No. 05-21-00927-CV

**NIKKO CONDOMINIUM ASSOCIATION, ON BEHALF OF ITSELF AND ITS OWNERS, Appellant**

**V.**

**KWA CONSTRUCTION, L.P. AND KW & ASSOCIATES, LLC; KENYON PLASTERING OF TEXAS, INC.; SUBFLOOR SYSTEMS, INC.; AE COMMERCIAL CONTRACTING, INC.; GREATER DALLAS, L.P.; ABCO CONSTRUCTION SERVICES CORPORATION; AND STARK TRUSS COMPANY, INC., Appellees**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-19397**

## ORDER

Before the Court is appellant's unopposed motion to consolidate these two appeals. The motion was filed after appellant received this Court's December 31, 2021 letter questioning the difference between the appeals.

As reflected in the record, the two appeals began as a single trial court cause, DC-19-19397, that was filed by appellant against appellees and other defendants for, as relevant here, construction defects. Following a series of partial summary judgments, the trial court severed the claims against appellees from the other claims. The severed cause was assigned trial court cause number DC-21-14653 and on appeal, appellate cause number 05-21-00914-CV.

The severance order specifically listed the partial summary judgments that had been granted but omitted one. Although the order named the parties that were the subject of the severance, the omitted judgment was not made a part of the new trial court cause and, out of an abundance of caution, appellant filed a separate appeal of that judgment. That appeal is appellate cause number 05-21-00927-CV.

Because the two appeals stem from the same original cause and underlying facts, we **GRANT** the motion and **CONSOLIDATE** appellate cause number 05-21-00927-CV into appellate cause number 05-21-00914-CV. All documents from appellate cause number 05-21-00927-CV shall be transferred into cause number 05-21-00914-CV. For administrative purposes, appellate cause number 05-21-00927-CV is treated as a closed case.

On the Court's own motion, we **EXTEND** the deadline for filing appellant's brief to February 14, 2022.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE